**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**NEW BERN DIVISION**

IN RE:
KENNETH R. MORGAN,                                    CASE NO. 25-04572-5-JNC
DEBTOR                                                CHAPTER 13

**TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN**

**COMES NOW** S. Troy Staley, the Standing Chapter 13 Trustee in the Eastern District of

North Carolina, duly appointed to administer the instant case ("Trustee"), and hereby objects to

confirmation of the plan filed by Debtor for the following:

1.   The Plan is not sufficiently funded to pay all claims for which it provides as required

by 11 U.S.C. § 1325(a)(5) due to: Secured mortgage claim of USDA Rural Housing Service higher

than scheduled. Current plan payments = $499.00 x 60 months. Subject to any additional

modifications which may be necessitated by any pending or future objections, or any claims filed

before the bar date which require payment, the Trustee estimates plan payments = $499.00 x 3

months; $644.00 x 57 months.

**WHEREFORE**, the Trustee prays the Court to enter an Order denying confirmation of the

proposed Chapter 13 Plan, and for such other and further relief as the Court may deem just and

proper. In the alternative, the Trustee requests a hearing on the matter.


This the 7th day of January, 2026                   /s/ S. Troy Staley
                                                     S. TROY STALEY
                                                     Chapter 13 Trustee
                                                     N.C. State Bar No. 43229
                                                     /s/ Ashley Baxter Curry
                                                     ASHLEY BAXTER CURRY
                                                     Staff Attorney, Chapter 13 Trustee
                                                     N.C. State Bar No. 39524
                                                     Post Office Box 1618
                                                     New Bern, North Carolina 28563-1618
                                                     (252) 633-0074 / chapter13@ednc13.com

1

## CERTIFICATE OF SERVICE

I, Ashley Baxter Curry, do hereby certify that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that on the date indicated herein below, I served copies of the foregoing **TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN** by depositing a copy of the same in a postage-paid envelope with the United States Postal Service or by electronic means, as indicated.

Christian B. Felden                    (via CM/ECF)
*Attorney for Debtor*

Kenneth R. Morgan                    (via U.S. Postal Service)
755 Nobles Loop Rd.
Trenton, NC 28585
*Debtor*

**DATED:** January 7, 2026

/s/ Ashley Baxter Curry
ASHLEY BAXTER CURRY
Staff Attorney, Chapter 13 Trustee
N.C. State Bar No. 39524
Post Office Box 1618
New Bern, North Carolina 28563-1618
(252) 633-0074
chapter13@ednc13.com

2